NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER TUDOR,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2009-3237

---

Petition for review of the Merit Systems Protection Board in DA0752080172-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Roger Tudor's motion for leave to file a supplemental appendix,

IT IS ORDERED THAT:

The motion is granted. If the supplemental appendix has not already been filed, it is due within 14 days of the date of filing of this order.

FOR THE COURT

**NOV    3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Lawrence A. Berger, Esq.
     Matthew H. Solomson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 0 3 2010**

**JAN HORBALY
CLERK**